**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAFIYQ DAVIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-4771** |
| | : | |
| **SOCIAL SECURITY** | : | |
| **ADMINISTRATION,** *et al.* | : | |
| **Defendants.** | : | |

**<u>ORDER</u>**

AND NOW, this  29th        day of April, 2024, upon consideration of Plaintiff Rafiyq

Davis's Motion to Proceed *In Forma Pauperis* (ECF No. 11), and *pro se* Complaint (ECF No.

2) it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as

follows:

    a.   Davis's claims against the Social Security Administration and his federal

       claims against Jess Leventhal, Eric A. Shore, and Leventhal, Sutton &

       Gorstein are **DISMISSED WITH PREJUDICE**; and

    b.   Davis's state law claims against Jess Leventhal, Eric A. Shore, and Leventhal,

       Sutton & Gorstein are **DISMISSED WITHOUT PREJUDICE** for lack of

       subject matter jurisdiction.

4.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/S/KAI N. SCOTT*

**KAI N. SCOTT, J.**